UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC., <br><br> Plaintiff/Counter Defendant, <br><br> vs. <br><br> DWOLLA, INC., <br><br> Defendant/Counter Claimant. | 4:24-CV-00372-SMR-WPK <br><br><br> SCHEDULING AND <br> TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 6, 2024. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **May 4, 2026** at **9:00 AM** before United States Chief District Judge Stephanie Rose at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take 5 days.

2. A Final Pretrial Conference shall be held on **April 13, 2026** at **10:00 AM** at the United States Courthouse, Des Moines, Iowa, before Magistrate Judge William P. Kelly.

3. Initial Disclosures shall be made by **December 20, 2024.**

4. Motions to add parties shall be filed by **February 3, 2025**.

5. Motions for leave to amend pleadings shall be filed by **February 3, 2025**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **March 3, 2025**.

7. Defendant shall designate expert witnesses and disclose their written reports by **May 2, 2025**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **June 2, 2025**.

9. Discovery shall be completed by **October 6, 2025.** Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **December 2, 2025.**

If the parties are interested in a Settlement Conference or have any other issues concerning this case they wish to discuss with Judge Kelly, please email IASDCHMBWPK@iasd.uscourts.gov.

IT IS SO ORDERED.

DATED December 6, 2024.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE