# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DWOLLA, INC., <br><br> Defendant. | Civil Action No. 4:24-cv-00372-SMR-WPK <br><br> Judge Stephanie M. Rose <br> Magistrate Judge William P. Kelly |
| DWOLLA, INC., <br><br> Counter-Plaintiff, <br> v. <br> HISCOX INSURANCE COMPANY, INC., <br><br> Counter-Defendant. | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties, by and through their undersigned counsel, and pursuant to ECF entry 43, hereby jointly move to amend the scheduling order (ECF 23), and in support state as follows:

1. The parties have agreed to privately mediate this matter on October 22, 2025, and as such, request to extend the dates in the original scheduling order (ECF 23).

2. As ordered by this Court on August 5, 2025, Dwolla served its expert report upon counsel for Hiscox on August 19, 2025.

3. The parties request the following revised dates:

    a. Hiscox's rebuttal expert report to be served on or before November 24, 2025;

    b. Written discovery closure: February 27, 2026;

    c. All motions related to written discovery must be filed on or before March 31, 2026;

    d. Oral discovery closure: June 30, 2026;

    e. Dispositive motion deadline: July 31, 2026;

1

      f.      Pre-trial conference: the week of February 1, 2027, depending on Magistrate Judge Kelly's schedule;

      g.      Trial: begins February 22, 2027.

4.    The parties agree that Hiscox will comply with the Court's ruling on Dwolla's motion to compel [ECF 42] within thirty days after mediation, if the Parties do not settle this lawsuit at mediation. Alternatively, should Hiscox appeal this Court's ruling, the parties will meet and confer following the outcome of Hiscox's appeal to determine a date certain for Hiscox to comply with the Court's ruling. Dwolla does not agree to any stay or continuance of any date(s) by which Hiscox must seek an appeal of the Court's ruling on the motion to compel.

Respectfully submitted,

| **DWOLLA, INC.** | **HISCOX INSURANCE COMPANY, INC.** |
|---|---|
| By: /s/: *Todd Rowden* | By: */s/ Michael Keeley* |
| Peter Deegan (PDeegan@taftlaw.com)<br>Todd Rowden (TRowden@taftlaw.com)<br>Adam Hollander (AHollander@taftlaw.com)<br>Michael Mayerck (MMayerck@taftlaw.com)<br>Taft Stettinius & Hollister LLP<br>111 E. Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>Telephone: (312) 527-4000<br><br>*Attorneys for Dwolla, Inc.* | Michael Keeley (mkeeley@clarkhill.com)<br>William Zurborg (wzurborg@clarkhill.com)<br>Clark Hill PLC<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>Telephone: 214-651-4718<br><br>*Attorneys for Hiscox Insurance Company, Inc.* |

Dated: August 22, 2025

175760234v2