IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DWOLLA, INC.,<br><br>Defendant.<br><br><br>DWOLLA, INC.,<br><br>Counter Claimant,<br><br>v.<br><br>HISCOX INSURANCE COMPANY, INC.,<br><br>Counter Defendant. | Case No. 4:24-cv-00372-SMR-WPK<br><br><br><br><br>ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE |

The parties have jointly moved to dismiss this case with prejudice. The motion is GRANTED. [ECF No. 52]. All claims and counterclaims in this lawsuit are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated this 5th day of January, 2026.

STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT